Entered on Docket
October 08, 2009

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Filed Electronically_____

Wells Fargo Bank, N.A.
09-72637

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Robert Spaulding and Christine Spaulding

Debtors.

BK-N-08-51615-gwz

Date: __5-29-09_____
Time: ___1:30 p.m._____

Chapter 13

## ORDER MODIFYING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor has 60 (sixty) days to become current from the date of this hearing or modify the loan in regards to the subject property described as 46 Avenue De La Argent, Sparks, NV 89434, and legally described as follows:

The land referred to herein is situated in the State of Nevada, County of STOREY COUNTY, described as follows:

Parcel One:

Lot46 of Rainbow Bend Subdivision, (a Planned Unit Development) thereof, filed in the office of the County Recorder of Storey County, State of Nevada, on November 6, 1992, under File No. 70473.

Parcel Two:
An undivided portion 1/402nd interest appurtenant to each lo described in Parcel 1 in the Common Area as defined and delineated in the Declartion of Covenants, Conditions and Restrictions for Rainbow Bend recorded December 17, 1992, under File No. 70661.

TOGETHER WITH a non-exclusive easment for use and enjoyment in, to and throughout the Common Area and for ingress and egress and support over and through the Common Area.

Submitted by:
**WILDE & ASSOCIATES**

/s/ Gregory L. Wilde

---
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

(APPROVED)/ DISAPPROVED

---
Sean P. Patterson
232 Court Street
Reno, NV 89501
Attorney for Debtor(s)

APPROVED / DISAPPROVED

---
William Van Meter
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

__X__ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ Opposition filed and withdrawn by Debtor's counsel

Trustee:

____ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      __x__ failed to respond to the document

Other Party:_____

____ approved the form of this order      ____ disapproved the form of this order

____ waived the right to review the order and/or      ____ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor